# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-02192-MSK

GABRIEL GUZMAN,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

The oral findings and conclusions made in open court by Chief Judge Marcia S. Krieger, on January 29, 2015, are incorporated herein by reference.  Consistent therewith it is

**ORDERED** that the Decision of  the Commissioner is **REVERSED.**  This matter is **REMANDED**  for further reconsideration  by the administrative law judge in accordance with the oral findings of the Court.  Any request for costs or attorney fees shall be made within 14 days of the date of this judgment.

    Dated at Denver, Colorado this 30th day of January, 2015.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

    s/Patricia Glover

    Patricia Glover
    Deputy Clerk