IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-02192-MSK

GABRIEL GUZMAN,

    Plaintiff,

v.

CAROLYN W. COLVIN, acting Commissioner of Social Security,

    Defendant.

**ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**
_____

    THIS MATTER comes before the Court upon a stipulated motion by the parties regarding an award of attorney fees to Plaintiff pursuant to the Equal Access to Justice Act (EAJA) (Motion) **(#24)**. Having reviewed the Motion,

    **IT IS ORDERED** that the Motion is **GRANTED**. Plaintiff is hereby awarded $5,900.00 in attorney fees pursuant to the EAJA. Payment of this amount shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action. This award shall not be used as precedent in any future cases, nor be construed as a concession by the Commissioner that the original administrative decision denying benefits to Plaintiff was not substantially justified.

    The EAJA award is without prejudice to Plaintiff's attorney's right to seek attorney fees pursuant to Social Security Act § 206(b), 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA. *See* 28 U.S.C. § 2412(c)(1) (2006).  It is

**FURTHER ORDERED** that if, after receiving the Court's EAJA fee order, the Commissioner (1) determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (2) agrees to waive the requirements of the Anti-Assignment Act, the fees will be made payable to Plaintiff's attorney. However, if there is a debt owned under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney.

DATED this 9th day of February, 2015.

**BY THE COURT:**

_____

Marcia S. Krieger
Chief United States District Judge